**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

IN RE:

BRADLEY E PHILLIPS
LAUREN D PHILLIPS

§
§
§
§
§

CASE NO.
17-60291-abf13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| 13.7, LLC | Plaza Services, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

13.7, LLC
PO BOX 1931
Burlingame, CA 94011-1931

Phone: (650)342-9486  ext. 243
Last Four Digits of Acct #: 7156

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Court Claim # (if known):2
Amount of Claim: $ 729.03
Date Claim Filed: 3/30/2017

Phone: (877) 475-1103
Last Four Digits of Acct.#: 7156

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Manuel Quiogue

Date:                    7/11/2017

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 21, 2017                    via electronic notice unless otherwise stated:

**Debtor**           *Via U.S. Mail*
BRADLEY E PHILLIPS
3117 S CHAMBERY AVE
SPRINGFIELD, MO 65804

LAUREN D PHILLIPS
3117 S CHAMBERY AVE
SPRINGFIELD, MO 65804

**Debtors' Attorney**
MARC D. LICATA
LICATA BANKRUPTCY FIRM P.C.
1442 E BRADFORD PKWY
SPRINGFIELD, MO 65804

**Chapter 13 Trustee**
RICHARD FINK
2345 GRAND BLVD STE 1200
KANSAS CITY, MO 64108

Respectfully Submitted,

/s/ Manuel Quiogue
Manuel Quiogue

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE