MOW 2016-1.2 (12/2016)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE:    Bradley E.  Phillips          )
          Lauren D. Phillips            )    Case No. 17-60291
                                        )
          Debtor(s)                     )

## MOTION FOR POST-CONFIRMATION FEES

In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

_____    Amendments to Schedules - $200
                   Date Amendments filed  _____
_____    Amendments to Schedules I & J with Business Attachments - $250
                   Date Amendments filed _____
_____    Case closing fees and expenses -$250
                 (to be held in trust pending performance of the work)
_____    Defense of Motions for Relief from the Automatic Stay - $350
                   Date Response filed_____
_____    Defense of Motions to Dismiss - $250
                   Date Response filed_____
_____    Filing Proofs of Claim on behalf of creditors - $200
                   Date Claim filed_____
_____    Motions for Emergency Hearing - $150
                   Date Motion filed_____
_____      Motion for Order requesting substantive relief - $250
                   Date Motion filed  _____
_____    Motions for Payoff of Chapter 13 Plan - $150
                   Date Motion filed_____
_____    Motions for Relief from Stay (divorce) - $250
                   Date Motion filed_____
_____    Motions to Approve Permanent Home Mortgage Modification (no hearing) - $250
                   Date Motion filed_____
_____    Motions to Approve Settlement/Allow Use of Settlement - $250
                   Date Motion filed_____
_____    Motions to Approve Trial Home Mortgage Modification (no hearing) - $250
                   Date Motion filed_____
_____    Motions to Avoid Lien or Avoid Judgment - $250
                   Date Motion filed_____
_____    Motions to Distribute Insurance Proceeds - $250
                   Date Motion filed_____
_____    Motions to Employ Counsel/Professional - $250
                   Date Motion filed_____
_____    Motions to Incur Additional Debt - $350
                   Date Motion filed_____

MOW 2016-1.2 (12/2016)

_____ Motions to Retain Tax Refund Greater than $2,500 - $250
Date Motion filed_____

_____ Motions to Suspend or Abate Payments - $250
Date Application/Motion filed _____

_____ Motions to Sell Property - $350
Date Motion filed _____

_____ Motions to Vacate or Set Aside Order - $250
Date Motion filed _____

_____ Notice of Additional Creditors (Local form MOW 1009-1.3) - $250
Date Notice filed_____

_____ Objections to a Notice of Payment Change or a Notice of Fees, Expenses, and
Charges (Local Rule 3094-1.C.3.) (no hearing) - $250
Date Objection Filed _____

_____ Objections to Proofs of Claim (no hearing) - $250
Date Objection filed _____

_____ Obtaining Confirmation of Amended Plan - $350
Date Amendments filed _____

_____ Response to Trustee's Motion (not listed above) - $150
Date Response filed_____

_____ Review of a Notice of Payment Change or a Notice of Fees, Expenses, and
Charges (Local Rule 3094-1.C.3. (without filing an objection) - $50
Date Notice Filed _____

____X____ Review of and providing income tax returns to the trustee - $150
Date Tax Returns provided 5/10/2018

_____ With hearing (when any of the authorized menu items require a hearing) - $200
Date Pleading requiring a hearing filed _____ Hearing date _____

_____ Copy Expenses (Number of Copies Multiplied by $.25)
Document Copied_____

_____ Postage Expenses (Postage Rate Multiplied by Number of Items Mailed)
Document Mailed_____

The services indicated above having been completed, additional compensation is hereby requested in the amount of $150.00, and expenses in the amount of $0.00.

**I hereby certify that the services referenced in this motion were actually provided after confirmation of the plan in this case.**

MOW 2016-1.2 (12/2016)

6/18/2018

Respectfully submitted,
LICATA BANKRUPTCY FIRM


/s/Marc D. Licata
Marc D. Licata, MO 54957
J. Paige Wright, MO 65084
Jesse L. Langford MO 64975
1442 E. Bradford Parkway
Springfield MO  65804
(417) 887-3328 / Fax (417) 887-8091
ATTORNEY FOR DEBTORS


## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon debtor(s), the United States Trustee, and unrepresented parties requesting notice via US First Class Mail, postage prepaid, June 18, 2018.


U.S. Trustee's Office
400 E. 9th St., Room 3440
Kansas City MO  64106

Bradley & Lauren Phillips
3117 S. Chambery
Springfield, MO 65804


/s/Marc D. Licata