MOW 2016-1.2 (12/2016)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE:      Bradley E. Phillips                    )
            Lauren D. Phillips                     )     Case No. 17-60291
                                                   )
            Debtor(s)                              )

## MOTION FOR POST-CONFIRMATION FEES

In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

_____      Amendments to Schedules - $200
            Date Amendments filed   _____

_____      Amendments to Schedules I & J with Business Attachments - $250
            Date Amendments filed _____

_____      Case closing fees and expenses -$250
              (to be held in trust pending performance of the work)

_____      Defense of Motions for Relief from the Automatic Stay - $350
            Date Response filed_____

_____      Defense of Motions to Dismiss - $250
            Date Response filed_____

_____      Filing Proofs of Claim on behalf of creditors - $200
            Date Claim filed_____

\_\_\_\_X\_\_\_\_      Motions for Emergency Hearing - $150
            Date Motion filed   6/26/2018

_____      Motion for Order requesting substantive relief - $250
            Date Motion filed   _____

_____      Motions for Payoff of Chapter 13 Plan - $150
            Date Motion filed_____

_____      Motions for Relief from Stay (divorce) - $250
            Date Motion filed_____

_____      Motions to Approve Permanent Home Mortgage Modification (no hearing) - $250
            Date Motion filed_____

_____      Motions to Approve Settlement/Allow Use of Settlement - $250
            Date Motion filed_____

_____      Motions to Approve Trial Home Mortgage Modification (no hearing) - $250
            Date Motion filed_____

_____      Motions to Avoid Lien or Avoid Judgment - $250
            Date Motion filed_____

_____      Motions to Distribute Insurance Proceeds - $250
            Date Motion filed_____

_____      Motions to Employ Counsel/Professional - $250
            Date Motion filed_____

_____      Motions to Incur Additional Debt - $350
            Date Motion filed_____

MOW 2016-1.2 (12/2016)

_____     Motions to Retain Tax Refund Greater than $2,500 - $250
         Date Motion filed_____

_____     Motions to Suspend or Abate Payments - $250
         Date Application/Motion filed _____

____X____     Motions to Sell Property - $350
         Date Motion filed 6/26/2018

_____     Motions to Vacate or Set Aside Order - $250
         Date Motion filed _____

_____     Notice of Additional Creditors (Local form MOW 1009-1.3) - $250
         Date Notice filed_____

_____     Objections to a Notice of Payment Change or a Notice of Fees, Expenses, and
     Charges (Local Rule 3094-1.C.3.) (no hearing) - $250
         Date Objection Filed _____

_____     Objections to Proofs of Claim (no hearing) - $250
         Date Objection filed_____

_____     Obtaining Confirmation of Amended Plan - $350
         Date Amendments filed _____

_____     Response to Trustee's Motion (not listed above) - $150
         Date Response filed_____

_____     Review of a Notice of Payment Change or a Notice of Fees, Expenses, and
     Charges (Local Rule 3094-1.C.3. (without filing an objection) - $50
         Date Notice Filed _____

_____     Review of and providing income tax returns to the trustee - $150
         Date Tax Returns provided _____

_____     With hearing (when any of the authorized menu items require a hearing) - $200
         Date Pleading requiring a hearing filed _____     Hearing date _____

_____     Copy Expenses
         Document Copied _____

_____     Postage Expenses
         Document Mailed _____

      The services indicated above having been completed, additional compensation is hereby requested in the amount of $500.00, and expenses in the amount of $0.00.

      **I hereby certify that the services referenced in this motion were actually provided after confirmation of the plan in this case.**

MOW 2016-1.2 (12/2016)

_____            _____
8/1/2018                                     Respectfully submitted,
                                                 LICATA BANKRUPTCY FIRM


                                                 /s/Marc D. Licata_____
                                                 Marc D. Licata, MO 54957
                                                 J. Paige Wright, MO 65084
                                                 Jesse L. Langford MO 64975
                                                 1442 E. Bradford Parkway
                                                 Springfield MO  65804
                                                 (417) 887-3328 / Fax (417) 887-8091
                                                 ATTORNEY FOR DEBTORS


## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon debtor(s), the United States Trustee, and unrepresented parties requesting notice via US First Class Mail, postage prepaid, August 1, 2018.


U.S. Trustee's Office
400 E. 9th St., Room 3440
Kansas City MO  64106

Bradley & Lauren Phillips
3117 S. Chambery
Springfield, MO 65804


                                                 /s/Marc D. Licata_____