MOW 2016-1.2 (12/2016)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

IN RE:    Bradley E. Phillips              )
           Lauren D. Phillips              )    Case No. 17-60291
                               )
        Debtor(s)              )

## MOTION FOR POST-CONFIRMATION FEES

    In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

_____    Amendments to Schedules - $200
                Date Amendments filed  _____

_____    Amendments to Schedules I & J with Business Attachments - $250
                Date Amendments filed _____

_____    Case closing fees and expenses -$250
         (to be held in trust pending performance of the work)

_____    Defense of Motions for Relief from the Automatic Stay - $350
                Date Response filed_____

_____    Defense of Motions to Dismiss - $250
                Date Response filed  _____

_____    Filing Proofs of Claim on behalf of creditors - $200
                Date Claim filed_____

_____    Motions for Emergency Hearing - $150
                Date Motion filed_____

_____    Motion for Order requesting substantive relief - $250
                Date Motion filed  _____

_____    Motions for Payoff of Chapter 13 Plan - $150
                Date Motion filed_____

_____    Motions for Relief from Stay (divorce) - $250
                Date Motion filed_____

_____    Motions to Approve Permanent Home Mortgage Modification (no hearing) - $250
                Date Motion filed_____

_____    Motions to Approve Settlement/Allow Use of Settlement - $250
                Date Motion filed_____

_____    Motions to Approve Trial Home Mortgage Modification (no hearing) - $250
                Date Motion filed_____

_____    Motions to Avoid Lien or Avoid Judgment - $250
                Date Motion filed  _____

_____    Motions to Distribute Insurance Proceeds - $250
                  Date Motion filed_____

_____    Motions to Employ Counsel/Professional - $250
                Date Motion filed_____

_____    Motions to Incur Additional Debt - $350
                Date Motion filed  _____

MOW 2016-1.2 (12/2016)

_____  Motions to Retain Tax Refund Greater than $2,500 - $250
         Date Motion filed_____

_____  Motions to Suspend or Abate Payments - $250
         Date Application/Motion filed   _____

_____  Motions to Sell Property - $350
         Date Motion filed _____

_____  Motions to Vacate or Set Aside Order - $250
         Date Motion filed _____

_____  Notice of Additional Creditors (Local form MOW 1009-1.3) - $250
         Date Notice filed_____

_____  Objections to a Notice of Payment Change or a Notice of Fees, Expenses, and
         Charges (Local Rule 3094-1.C.3.) (no hearing) - $250
         Date Objection Filed _____

_____  Objections to Proofs of Claim (no hearing) - $250
         Date Objection filed_____

_____  Obtaining Confirmation of Amended Plan - $350
         Date Amendments filed   _____

_____  Response to Trustee's Motion (not listed above) - $150
         Date Response filed_____

_____  Review of a Notice of Payment Change or a Notice of Fees, Expenses, and
         Charges (Local Rule 3094-1.C.3. (without filing an objection) - $50
         Date Notice Filed _____

___X____  Review of and providing income tax returns to the trustee - $150
         Date Tax Returns provided  4/16/2019

_____  With hearing (when any of the authorized menu items require a hearing) - $200
         Date Pleading requiring a hearing filed _____   Hearing date _____


    Copy Expenses
         Document Copied

    Postage Expenses
         Document Mailed


    The services indicated above having been completed, additional compensation is hereby
requested in the amount of $150.00, and expenses in the amount of $0.00.


    **I hereby certify that the services referenced in this motion were actually provided
after confirmation of the plan in this case.**

MOW 2016-1.2 (12/2016)


_____                          _____
5/22/2019                                Respectfully submitted,
                                         LICATA BANKRUPTCY FIRM


                                         /s/Marc D. Licata_____
                                         Marc D. Licata, MO 54957
                                         J. Paige Wright, MO 65084
                                         Jesse L. Langford MO 64975
                                         1442 E. Bradford Parkway
                                         Springfield MO  65804
                                         (417) 887-3328 / Fax (417) 887-8091
                                         ATTORNEY FOR DEBTORS


## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon debtor(s), the United States Trustee, and unrepresented parties requesting notice via US First Class Mail, postage prepaid, May 22, 2019.


U.S. Trustee's Office
400 E. 9th St., Room 3440
Kansas City MO  64106

Bradley & Lauren Phillips
3117 S. Chambery
Springfield, MO 65804


                                         /s/Marc D. Licata  _____