MOW 2016-1.2 (12/2016)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE:      Bradley E. Phillips                    )
            Lauren D. Phillips                    )      Case No. 17-60291
                                         )
            Debtor(s)                               )

### <u>MOTION FOR POST-CONFIRMATION FEES</u>

        In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

_____      Amendments to Schedules - $200
                  Date Amendments filed  _____

_____      Amendments to Schedules I & J with Business Attachments - $250
                  Date Amendments filed _____

_____      Case closing fees and expenses -$250
                  (to be held in trust pending performance of the work)

_____      Defense of Motions for Relief from the Automatic Stay - $350
                  Date Response filed_____

\_\_\_\_X\_\_\_\_      Defense of Motions to Dismiss - $250
                  Date Response filed    8/3/2020

_____      Filing Proofs of Claim on behalf of creditors - $200
                  Date Claim filed_____

_____      Motions for Emergency Hearing - $150
                  Date Motion filed_____

_____      Motion for Order requesting substantive relief - $250
                  Date Motion filed  _____

_____      Motions for Payoff of Chapter 13 Plan - $150
                  Date Motion filed_____

_____      Motions for Relief from Stay (divorce) - $250
                  Date Motion filed_____

_____      Motions to Approve Permanent Home Mortgage Modification (no hearing) - $250
                  Date Motion filed_____

_____      Motions to Approve Settlement/Allow Use of Settlement - $250
                  Date Motion filed_____

_____      Motions to Approve Trial Home Mortgage Modification (no hearing) - $250
                  Date Motion filed_____

_____      Motions to Avoid Lien or Avoid Judgment - $250
                  Date Motion filed  _____

_____      Motions to Distribute Insurance Proceeds - $250
                  Date Motion filed_____

_____      Motions to Employ Counsel/Professional - $250
                  Date Motion filed_____

_____      Motions to Incur Additional Debt - $350
                  Date Motion filed  _____

MOW 2016-1.2 (12/2016)

_____   Motions to Retain Tax Refund Greater than $2,500 - $250
                    Date Motion filed_____

_____   Motions to Suspend or Abate Payments - $250
                    Date Application/Motion filed   _____

_____   Motions to Sell Property - $350
                    Date Motion filed _____

_____   Motions to Vacate or Set Aside Order - $250
                    Date Motion filed _____

_____   Notice of Additional Creditors (Local form MOW 1009-1.3) - $250
                    Date Notice filed_____

_____   Objections to a Notice of Payment Change or a Notice of Fees, Expenses, and
                    Charges (Local Rule 3094-1.C.3.) (no hearing) - $250
                    Date Objection Filed _____

_____   Objections to Proofs of Claim (no hearing) - $250
                    Date Objection filed_____

_____   Obtaining Confirmation of Amended Plan - $350
                    Date Amendments filed   _____

_____   Response to Trustee's Motion (not listed above) - $150
                    Date Response filed_____

_____   Review of a Notice of Payment Change or a Notice of Fees, Expenses, and
                    Charges (Local Rule 3094-1.C.3. (without filing an objection) - $50
                    Date Notice Filed _____

___X____   Review of and providing income tax returns to the trustee - $150
                    Date Tax Returns provided   8/4/2020

_____   With hearing (when any of the authorized menu items require a hearing) - $200
                    Date Pleading requiring a hearing filed _____      Hearing date _____


            Copy Expenses
                    Document Copied

            Postage Expenses
                    Document Mailed


        The services indicated above having been completed, additional compensation is hereby
requested in the amount of $400.00, and expenses in the amount of $0.00.


        **I hereby certify that the services referenced in this motion were actually provided
after confirmation of the plan in this case.**

MOW 2016-1.2 (12/2016)

9/3/2020

Respectfully submitted,
LICATA BANKRUPTCY FIRM

/s/Marc D. Licata
Marc D. Licata, MO 54957
J. Paige Wright, MO 65084
Jesse L. Langford MO 64975
1442 E. Bradford Parkway
Springfield MO  65804
(417) 887-3328 / Fax (417) 887-8091
ATTORNEY FOR DEBTORS

**NOTICE OF MOTION**

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon debtor(s), the United States Trustee, and unrepresented parties requesting notice via US First Class Mail, postage prepaid,
 September 3, 2020.

U.S. Trustee's Office
400 E. 9th St., Room 3440
Kansas City MO  64106

Bradley & Lauren Phillips
3117 S. Chambery
Springfield, MO 65804

/s/Marc D. Licata