MOW 2016-1.2 (08/2020)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE: Bradley E. Phillips                )
     Lauren D. Phillips                )
                              )
         Debtor(s)                )  Case No. 17-60291

## **MOTION FOR POST-CONFIRMATION FEES**

In accordance with Local Rule 2016-2(E), attorney for debtor(s) hereby requests additional compensation for services performed on behalf of the debtor(s).

_____  Amendments to Schedules - $200
          Date Amendments filed  _____

_____  Amendments to Schedules I & J with Business Attachments - $250
          Date Amendments filed _____

_____  Case closing fees and expenses -$250
        (to be held in trust pending performance of the work)

_____  Defense of Motions for Relief from the Automatic Stay - $350
          Date Response filed_____

_____  Defense of Motions to Dismiss - $250
          Date Response filed_____

_____  Filing Proofs of Claim on behalf of creditors - $200
          Date Claim filed_____

_____  Motions for Emergency Hearing/Shorten Time/Expedite - $150
          Date Motion filed  _____

_____  Motion for Order Requesting Substantial Relief - $250
          Date Motion filed_____

_____  Motions for Payoff of Chapter 13 Plan - $150
          Date Motion filed_____

_____  Motions for Relief from Stay (divorce) - $250
          Date Motion filed_____

_____  Motions to Approve Permanent Home Mortgage Modification (no hearing) - $250
          Date Motion filed_____

_____  Motions to Approve Settlement/Allow Use of Settlement - $250
          Date Motion filed_____

_____  Motions to Approve Trial Home Mortgage Modification (no hearing) - $250
          Date Motion filed_____

_____  Motions to Avoid Lien or Avoid Judgment - $250
          Date Motion filed_____

_____  Motions for Personal Property Tax Waiver - $150
          Date Motion filed_____

_____  Motions to Distribute Insurance Proceeds - $250
          Date Motion filed_____

_____  Motions to Employ Counsel/Professional - $250
          Date Motion filed_____

_____ Motions to Incur Additional Debt - $350
          Date Motion filed   _____

_____ Motions to Retain Tax Refund Greater than $3,500 - $250
          Date Motion filed  _____

_____ Motions to Suspend or Abate Payments - $250
          Date Motion filed_____

_____ Motions to Sell Property - $350
          Date Motion filed _____

_____ Motions to Vacate or Set Aside Order - $250
          Date Motion filed _____

_____ Notice of Additional Creditors (Local form MOW 1009-1.3) - $250
          Date Motion filed_____

_____ Objections to a Notice of Payment Change or a Notice of Fees, Expenses, and
Charges (Local Rule 3094-1.C.3.) (no hearing) - $250
          Date Objection Filed  _____

_____ Objections to Proofs of Claim (no hearing) - $250
          Date Objection filed_____

_____ Obtaining Confirmation of Amended Plan - $350
          Date Amended Plan filed _____

_____ Obtaining and Providing Proof of Direct Payments - $150
          Date provided _____

_____ Response to Trustee's Motion (not listed above) - $150
          Date Response filed_____

_____ Review of a Notice of Payment Change or a Notice of Fees, Expenses, and
Charges (Local Rule 3094-1.C.3. (without filing an objection) - $50
          Date Notice Filed _____

____X____ Review of and providing income tax returns to the trustee when a motion to retain
is not required - $150
          Date Tax Returns provided   5/7/2021

_____ With hearing (when any of the authorized menu items require a hearing) - $200
          Date Pleading requiring hearing_____   Hearing date _____

_____ Copy Expenses (Number of Copies Multiplied by $.25)
          Document Copied_____

_____ Postage Expenses (Postage Rate Multiplied by Number of Items Mailed)
          Document Mailed_____

The services indicated above having been completed, additional compensation is hereby requested in the amount of $ 150.00, and expenses in the amount of $ 0.00.

**I hereby certify that the services referenced in this motion were actually provided after confirmation of the plan in this case.**

6/4/2021                                    Respectfully submitted,
                                            LICATA BANKRUPTCY FIRM


                                            /s/Marc D. Licata
                                            Marc D. Licata, MO 54957
                                            J. Paige Wright, MO 65084
                                            Jesse L. Langford MO 64975
                                            Laura M.K. Young MO 66345
                                            1442 E. Bradford Parkway
                                            Springfield MO  65804
                                            (417) 887-3328 / Fax (417) 887-8091
                                            ATTORNEY FOR DEBTOR(S)


## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.mowb.uscourts.gov. Information about electronic filing can be found on the Court website www.mow.uscourts.gov. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court. If no response is filed within twenty-one (21) days, the Court will enter an order.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon debtor(s), the United States Trustee, and unrepresented parties requesting notice via US First Class Mail, postage prepaid, June 4, 2021.

U.S. Trustee's Office
400 E. 9th St., Room 3440
Kansas City MO  64106

Bradley & Lauren Phillips
8620 Chisholm Trail
Cross Roads, TX 76227


                                            /s/Marc D. Licata