DocuSign Envelope ID: 584A1587-E60F-462E-BCC3-0FBCC...

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:      Bradley E. Phillips          )      Case No. 17-60291
            Lauren D. Phillips           )
                              Debtors   )

STIPULATED MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COME NOW Debtors by and through the attorney of record, and for their Stipulated Motion for Relief from Stay state:

1.    Debtors commenced this case on March 23, 2017 by filing a joint voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.
2.    Debtors request to proceed with a dissolution of marriage.
3.    Debtors request this court grant them relief from the automatic stay so that they may proceed in state court with a dissolution of marriage cause of action.

WHEREFORE, Debtors pray for an order from the Court granting them relief from the automatic stay so that they may proceed in state court with a dissolution of marriage proceeding, and for such additional or alternative relief as may be just and proper.

DocuSigned by:

*Bradley Phillips*
Bradley E. Phillips

DocuSigned by:

*Lauren Phillips*
Lauren D. Phillips

DocuSign Envelope ID: 584A1587-E60F-462E-BCC3-0FBCCB36D005

Dated: 08/13/2021

Respectfully submitted,
LICATA BANKRUPTCY FIRM, P.C.

/s/Marc D. Licata
Marc D. Licata, MO #54957
J. Paige Wright, MO #65084
Jesse L. Langford, MO #64975
1442 E. Bradford Parkway
Springfield, MO 65804
(417) 887-3328 / Fax (417) 887-8091
bankruptcy@licatalawfirm.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, the foregoing was delivered via e-mail to all necessary parties that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to all creditors and necessary parties that are not registered to receive electronic filings on ECF.

Richard Fink, Trustee
818 Grand Blvd., Ste. 800
Kansas City, MO 64106

Office of the US Trustee
U. S. Trustee
400 E. 9th St. Room 3440
Kansas City, MO 64106

/s/Marc D. Licata